# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00022-CV

**Diana L. Morris a/k/a Diana Aguilar and Phillip Morris, Appellants**

**v.**

**Juan Aguilar and Margarita Aguilar, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-FM-98-000103, HONORABLE DERWOOD JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 26, 2013, this Court sent the appellants a notice stating that their brief was late and asking them to file a response to the notice by August 5, 2013. To date, the appellants have not filed a response to our late-brief notice or their brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

_____

David Puryear, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Prosecution

Filed:   August 28, 2013